**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Guadalupe Mora individually and on behalf of other similarly situated employees, Plaintiff v. Taqueria Limited Partnership dba De Cero, and Angela Lee, individually, Defendants. | Case No. 1:17-cv-4796 Judge Hon. Amy J. St. Eve |

**JOINT STIPULATION OF DISMISSAL**

The parties to the above entitled action, by their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate that this matter shall be dismissed in its entirety, without prejudice, with each party incurring its own attorneys' fees and costs. After fourteen (14) days after the filing of this stipulation, absent a motion by either party to reinstate, the dismissal of this matter shall convert automatically to a dismissal with prejudice.

Respectfully submitted on Wednesday, September 20, 2017.

| | |
|---|---|
| **s/ Valentin T. Narvaez** | **s/ Scott Cruz** |
| Plaintiff's counsel | Defendants' Counsel |
| | |
| Consumer Law Group, LLC | Clark Hill PLC |
| 6232 N. Pulaski, Suite 200 | 130 East Randolph St, Suite 3900 |
| Chicago, IL 60646 | Chicago, IL 60601 |